UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GOODMON,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 1:24-cv-00517-JLT-CDB<br><br>ORDER ON SECOND STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 9) |

Pending before the Court is the parties' second stipulation to continue the scheduling conference. (Doc. 9). Based on the parties' representations, the availability of the Court, and for good cause appearing, the Court ORDERS that the scheduling conference set for August 5, 2024, be continued to August 28, 2024, at 8:30 a.m. As previously directed (Docs. 4, 8), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated: **July 16, 2024**

_____
UNITED STATES MAGISTRATE JUDGE